**Ted P. McDONALD, Appellant,**

v.

**Hiroshi MIYAZAKI, Takashi Kato, Kinya Ohgami, and Akihiro Iwamatsu, Appellees.**

No. 04–1245.

United States Court of Appeals, Federal Circuit.

May 13, 2004.

Michael F. Borun, Principal Attorney, Li–Hsien Rin–Laures, Sandip H. Patel, of Counsel, Marshall, Gerstein, Chicago, IL, for Appellees.

Anthony S. Volpe, Principal Attorney, John J. O'Malley, Ryan William O'Donnell, of Counsel, Volpe and Koenig, Philadelphia, PA, for Appellant.

## ORDER

The parties having so agreed, it is

above captioned appeals. Those motions are granted.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).